# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis III, Thomas S. | U.S. District Court, E.D. Va. | 07/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

401 Courthouse Square
9th Floor
Alexandria, VA 22314-5799

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | County of Albemarle - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. University of Virginia Community Credit Union Bank Accounts | A | Int./Div. | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. IRA #1 | | | | | | | | | |
| 5. Hotchkiss & Wiley Mid Cap Value I | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 6. Touchstone Large Cap Growth Fd CL 1 | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 7. Wells Fargo Fds Tr Emerging Growth Fd Instit CL | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 8. Delaware Grp Equit Fds II Value fd Inst CL | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 9. John Hancock Classic Value Fd CL 1 | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 10. Harbor Int'l Instl CL | A | Dividend | | | Sold | 08/15/18 | J | B | |
| 11. Harbor Cap Appreciation Instl CL | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 12. | | | | | Sold (part) | 09/25/18 | J | A | |
| 13. Oppenheimer Dev Mkts CL Y | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 14. Oppenheimer Intl Grw Fd CL Y | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 15. Morgan Stanley Instl Fd Tr Mid Cap Growth Port 1 | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 16. Pimco Fds PAC Int Mgmt Ser Comm Real Ret Strdt Fd Instl CL | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 17. Blair William FDS Intl Growth Fd CL 1 | A | Dividend | | | Sold | 06/11/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Appreciation FD Inc | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 19. Managers AMG Fds Timessquare Mid Cap Grwth Fd | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 20. Keeley Fds Sm Cap Value Fd | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 21. First Eagle Fds Sogen Overseas Fd CL 1 | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 22. Carillon Eagle Sm Cap Grwth Fd CL 1 | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 23. Invesco Global Real Estate Y | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 24. Lazard Fds Inc Emerging Mkts Instl shs | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 25. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 26. Victory Portfolios Small Co Opp Fd Cl 1 shs | A | Dividend | | | Sold | 06/11/18 | J | A | |
| 27. Victory Sycamore Small Co Oppty Fd Cl 1 | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 28. GS TR Finl Sq Treas Instrs Fd Instl Cl | A | Dividend | J | T | Buy (add'l) | 06/12/18 | J | | |
| 29. | | | | | Sold (part) | 07/13/18 | J | A | |
| 30. | | | | | Sold (part) | 10/12/18 | J | A | |
| 31. Guggenheim Fds Tr Mid Cap Value Ser Cl A | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 32. Mainstay Large Cap Growth Fd | A | Dividend | | | Sold | 06/11/18 | J | B | |
| 33. Voya Ser Fd Inc Large Cap Grwth Fd | A | Dividend | | | Sold | 06/11/18 | J | A | |
| 34. American Fds Washington Mt FD F2 | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/25/18 | J | A | |
| 36. Deutsche Secs Tr Enhanced Comm Strat Fd Instl Cl | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 37. Wells Fargo FDS TR Core Bond Fund Class Inst | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 38. MFS Ser TR X Emerging Mkts Debt Fd Class I | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 39. Eaton Vance Ser II Income Fd Boston Cl 1 | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 40. MFS Ser TR 1 Value Fd Cl 1 | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 41. | | | | | Sold (part) | 09/25/18 | J | A | |
| 42. T Rowe Price Real Es Fund Inc | A | Dividend | J | T | | | | | |
| 43. Principal Fds Inc Global Real Estate Secs Fund Instl Class | A | Dividend | J | T | | | | | |
| 44. Carillon Ser TR Eagle Sm Cap Growth Fd CL 1 | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 45. | | | | | Sold (part) | 06/11/18 | J | A | |
| 46. Baron Invt Fds Tru Sm Cap Fd Instl CL 1 | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 47. | | | | | Sold (part) | 09/25/18 | J | A | |
| 48. Virtus Asset Tr Ceredex Mid Cap Value Equity Fd CL 1 | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 49. | | | | | Sold (part) | 09/25/18 | J | A | |
| 50. Janus Henderson Fd Flexible BD FD CL 1 | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 51. | | | | | Buy (add'l) | 06/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virtus Fds Virtus Vontobel Emg Mkts Opp Fd CL I | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 53. T Rowe Price Intl Fd Overseas Stk Fd | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 54. Edgewood Fds Growth Fd Instl Cl | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 55. | | | | | Sold (part) | 09/26/18 | J | A | |
| 56. T Rowe Price Mid-Cap Growth Fd Inc | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 57. | | | | | Sold (part) | 09/25/18 | J | A | |
| 58. American Fds Europacific Growth Fd CL F2 | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 59. DWS Enhanced Commodi Strategy Fd Inst | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 60. | | | | | | | | | |
| 61. IRA #2 | | | | | | | | | |
| 62. GS Tr Finl Sq Treas Instrs Fd Instl Cl | B | Dividend | J | T | Sold (part) | 01/12/18 | J | A | |
| 63. | | | | | Sold (part) | 04/13/18 | J | A | |
| 64. | | | | | Sold (part) | 07/13/18 | J | A | |
| 65. | | | | | Sold (part) | 10/12/18 | J | A | |
| 66. Managers Times Sq M/C GRW-PR | A | Dividend | J | T | | | | | |
| 67. John Hancock Classic Value Fd CL I | A | Dividend | J | T | | | | | |
| 68. Harbor Int'l Inst'l CL | A | Dividend | J | T | Sold (part) | 08/15/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hotchkis & Wiley Fds Mid Cap Value Fd CL 1 | A | Dividend | J | T | | | | | |
| 70. Blair Williams Fds Intl Growth Fd CL 1 | A | Dividend | J | T | | | | | |
| 71. PIMCO Fds PAC Invt Mgmt Ser-Comm | A | Dividend | J | T | | | | | |
| 72. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | | | | | |
| 73. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port CL 1 | A | Dividend | J | T | | | | | |
| 74. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | | | | | |
| 75. Wells Fargo Fds TR Emerging Grwth Fd | A | Dividend | J | T | | | | | |
| 76. Keeley Fds Sm Cap Value Fd | A | Dividend | J | T | | | | | |
| 77. Mainstay Large Cap Grwth Fd | A | Dividend | J | T | | | | | |
| 78. Cambiar Opp Fd | A | Dividend | J | T | | | | | |
| 79. Carillon Eagle Sm Cap Grwth Fd CL 1 | A | Dividend | J | T | | | | | |
| 80. Delaware Grp Equi Fds II-Value Fd Instl Cl | A | Dividend | J | T | | | | | |
| 81. First Eagle Fds Sogen Overseas Fd CL 1 | A | Dividend | | | Sold | 08/15/18 | J | D | |
| 82. Invesco Global Real Estate Y | A | Dividend | J | T | | | | | |
| 83. Victory Portfolios Sm Co. Opp. Fd. CL 1 | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 84. Victory Sycamore Sm Co. Oppty FD CL 1 | A | Dividend | J | T | | | | | |
| 85. Lazard Fds Emerging Mkts Port Instl SHS | A | Dividend | J | T | Buy (add'l) | 08/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Guggenheim Fds Tr Mid Cap Value Ser | A | Dividend | J | T | | | | | |
| 87. Voya Ser Fd Inc Large Cap Grwth Fd | A | Dividend | J | T | | | | | |
| 88. American Fds Washington Mut Fd F2 | A | Dividend | J | T | | | | | |
| 89. Deutsche Secs TR Enhanced Comm Strat Fd Inst'l CL | A | Dividend | J | T | | | | | |
| 90. Wells Fargo Fds TR Core Bond Fund Class Inst | A | Dividend | J | T | | | | | |
| 91. MFS Ser TR X Emerging Mkts Debt Fd Class I | A | Dividend | J | T | | | | | |
| 92. Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 93. T Rowe Price Real Estate Fd Inc | A | Dividend | J | T | | | | | |
| 94. Principal Funds Inc Global Real Estate Secs Fd Instl Cl | A | Dividend | J | T | | | | | |
| 95. Eaton Vance Ser II Income Fd Boston Cl 1 | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 96. MFS Ser TR 1 Value Fd Cl 1 | A | Dividend | J | T | | | | | |
| 97. DWS Enhanced Commodi Strategy Fd Inst | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 98. T Rowe Price Intl Fd Overseas Stk Fd | B | Dividend | J | T | Buy | 08/15/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 07/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas S. Ellis III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544